IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           No. 02-20027-B/V

FREDDIE PETERS,

    Defendant.

## ORDER OF REFERENCE

The United States Court of Appeals has remanded the above case for resentencing. Inasmuch as Defendant will need counsel, this matter is referred to the magistrate judge for appointment of counsel or to reappoint his previous CJA attorney.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

**IT IS SO ORDERED** this 22 day of April, 2005.

                                          J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:02-CR-20027 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT