IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 02-20027-B |
| ) | |
| FREDDIE PETERS, ) | |
| ) | |
| Defendant. ) | |

ORDER OF RECUSAL OF MAGISTRATE JUDGE DIANE K. VESCOVO

Pursuant to 28 U.S.C. § 455(a) and (b)(1) and (5)(iv), the undersigned hereby recuses herself, _sua sponte_, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case and to deliver a copy of the May 17, 2005 Order of Reference to the magistrate judge who receives the assignment.

IT IS SO ORDERED.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: May 24, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       No. 02-20027-B

FREDDIE PETERS,

    Defendant.

## ORDER OF REFERENCE

Before the court is Defendant's Motion for Bail Pending Re-Sentencing filed on May 17, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

IT IS SO ORDERED this 17th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:02-CR-20027 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 2:02-CR-20027 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT