IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CR. NO. <u>02-20027-B</u> |
| FREDDIE PETERS, | |
| Defendant. | |

## ORDER DENYING AS MOOT DEFENDANT'S MOTION
## FOR BAIL PENDING RESENTENCING

Before the Court is Defendant's Motion for Bail Pending Resentencing, filed on May 17, 2005 (Dkt #121). This motion was referred to the United States Magistrate Judge for determination. On June 13, 2005, defense counsel contacted the case manager for the undersigned and asked that this motion be withdrawn because the district judge has since set the resentencing hearing for June 23, 2005. On that basis, the motion is DENIED as MOOT.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 14, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 126 in case 2:02-CR-20027 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT