FILED IN OPEN COURT
DATE: 9/1/05
TIME: 10:18 am
INITIALS: JC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                             CR. NO. 02-20027-Bre

FREDDIE PETERS,

    Defendant.

## ORDER

Upon the motion of the United States, and for good cause shown, the Court's Order Amending Judgment, entered August 22, 2005, is hereby rescinded.

**SO ORDERED** this 1st day of September, 2005 at Memphis, Tennessee.

J. DANIEL BREEN
United States District Judge

SUBMITTED BY:

Linda Nettles Harris
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:02-CR-20027 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT